_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

APR 1 0 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

07-CV-00827-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAH,                           )
                                 )
            Petitioner,          )      CASE NO.  C07-827-JLR
                                 )
    v.                           )
                                 )
BARBARA LINDE,                   )      ORDER DISMISSING PETITION
                                 )      FOR WRIT OF QUO WARRANTO
            Respondent.          )
                                 )

        The Court, having reviewed Petitioner's petition for a writ of quo warrant, the Report

and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and

the balance of the record, does hereby find and ORDER:

        (1)    The Court adopts the Report and Recommendation.

        (2)    Petitioner's petition for a writ of quo warranto is DISMISSED without prejudice.

               Petitioner's application to proceed _in forma pauperis_ is DENIED as moot.

        (3)    The Clerk is directed to send a copy of this Order to Petitioner and to Judge

               Donohue.

        DATED this 10th day of _____April_____, 2008.

                                        _____
                                        JAMES L. ROBART
                                        United States District Judge

ORDER DISMISSING PETITION
FOR WRIT OF QUO WARRANTO